AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Santoro, Frank J. | U. S. Bankruptcy Court, EDVA | 05/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

600 Granby Street
Norfolk, Virginia 23510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bbankruptcy | 03/18/2011 to 03/19/2011 | Washington, D.C. | Participate in professional education seminar | Food, lodging, transportation |
| 2. | Southeatern Bankruptcy Law Institute (SBLI) | 04/13/2011to 04/16/2011 | Atlanta, GA | Teach at professional education seminar | Food, lodging, transportation |
| 3. | Northern Virginia Bankruptcy Bar Association | 06/29/2011 to 06/29/2011 | Fairfax, VA | Teach at professional education seminar | Food, lodging, transportation |
| 4. | Maryland Bankruptcy Bar Ass'n | 05/05/2011 to 05/06/2011 | Annapolis, Maryland | Teach at professional education seminar | Food, lodging, transportation |
| 5. | Virginia CLE Foundation | 09/23/2010 to 09/25/2010 | Charlottesville, VA | Teach at professional education seminar | Food, lodging, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 05/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Farm, 1/2 interest, Isle of Wight County, Virginia July 03 | | None | N | W | | | | | |
| 2. FSNC, LLC, 88% Membership Interest | | None | N | W | | | | | |
| 3. Milcamp Self Storage | | None | L | W | | | | | |
| 4. Geeks on Call, Convertible Preferred Stock | | None | J | W | | | | | |
| 5. Waterside Capital Corporation | | None | J | T | | | | | |
| 6. Alliance/Bernstein Growth and Income Fund UGMA Fund Y | | None | | | Sold | 01/19/11 | J | A | |
| 7. Hampton Roads Bankshares Inc. under UGMA Y | A | Dividend | J | T | | | | | |
| 8. Gateway Fund Class A | A | Int./Div. | J | T | | | | | |
| 9. Ivy Global Natural Resources Fund Class A | | None | | | Sold | 01/19/11 | M | A | |
| 10. American Funds Capital Income Builder Fund Class F | | None | | | Sold | 05/06/11 | J | A | |
| 11. Blackrock Global Allocation Fund Inc A | | None | K | T | | | | | |
| 12. Ivy Asset Strategy Fund Class A | | None | M | T | | | | | |
| 13. Growth Fund of America Class A | A | Int./Div. | M | T | | | | | |
| 14. American Mutual Fund Class A | | None | | | Sold | 12/19/11 | K | D | |
| 15. New Perspective Fund Inc. Class A | B | Int./Div. | L | T | | | | | |
| 16. Washington Mutual Inv. Fund Inc. Class A | B | Dividend | L | T | | | | | |
| 17. Capital World Growth and Income Fund Inc. | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New World Fund Inc. Class A | A | Int./Div. | L | T | | | | | |
| 19. Pace Money Market Investments Fund Class P | A | Int./Div. | J | T | | | | | |
| 20. Blackrock U. S. Opportunities A | | None | | | Sold | 05/06/11 | K | A | |
| 21. Oppenheimer Developing Markets Fund Class A | A | Int./Div. | K | T | | | | | |
| 22. Prudential Jennison 20/20 Focus Fund A | | None | | | Sold | 10/05/11 | L | | |
| 23. Royce Premier Fund | A | Int./Div. | K | T | | | | | |
| 24. Thornburg International Value Fund Class A | | None | | | Sold | 12/14/11 | L | C | |
| 25. Blackrock Inflation Protected Bond A | | None | | | Sold | 12/14/11 | K | B | |
| 26. Delaware Diversified Income Fund Class A | | None | | | Sold | 12/23/11 | L | B | |
| 27. Oppenheimer Bond Fund Class A | | None | | | Sold | 12/23/11 | J | A | |
| 28. Pimco Emerging Markets Local Bond Fund A | A | Int./Div. | K | T | | | | | |
| 29. Pimco Total Return Fund Class A | | None | | | Sold | 12/14/11 | L | | |
| 30. Natixsis ASG Global Fund Alternative A | A | Int./Div. | K | T | | | | | |
| 31. Prudential Jennison Natural Resources Fund Inc A | B | Int./Div. | M | T | | | | | |
| 32. Blackrock Global Allocation Fund Inc A | A | Int./Div. | L | T | | | | | |
| 33. Oakmark Equity and Income Fund Class A | A | Int./Div. | K | T | | | | | |
| 34. Oakmark Equity and Income Fund Class 1 | B | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer International Bond Fund Class A | | None | | | Sold | 09/22/11 | L | | |
| 36. Davenport Prime Cash Trust | B | Int./Div. | N | T | | | | | |
| 37. AMCAP Fund Inc., Class A | A | Int./Div. | K | T | Buy | 09/14/11 | K | | |
| 38. New Economy Fund Class A | A | Int./Div. | K | T | Buy | 05/06/11 | K | | |
| 39. Ivy Mid-Cap Growth Fund Class A | A | Int./Div. | J | T | Buy | 01/19/11 | J | | |
| 40. JP Morgan Large Cap Growth Fund Class A | A | Int./Div. | J | T | Buy | 11/11/11 | J | | |
| 41. Franklin Templeton Global Bond Fund Class A | A | Int./Div. | J | T | Buy | 11/11/11 | J | | |
| 42. Loomis Sayles Atrategic Income Fund | A | Int./Div. | J | T | Buy | 05/06/11 | J | | |
| 43. Pimco All Assets Auth A | A | Int./Div. | K | T | Buy | 05/06/11 | K | | |
| 44. Pimco Global Multi Asset Fund Class A | A | Int./Div. | K | T | Buy | 05/06/11 | K | | |
| 45. First Eagle Global Fund Class A | A | Int./Div. | J | T | Buy | 01/19/11 | J | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 05/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Lines 7 and 8 are holdings owned by ▓▓▓▓ who is no longer ▓▓▓▓ . I am still reflected on the account statements.

Holdings in lines 11, 12, 19, 21, 23, 28, 30 through 34 and 39 through 45, inclusive  are mutual funds maintained at UBS.

Holdings in lines 13 through 18 inclusive and lines 36 through  38 inclusive are mutual funds maintained at Davenport & Company.

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 05/09/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frank J. Santoro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544